IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLENN DOSS                                                                                          PLAINTIFF

VS.                                         CASE NO. 15-CV-1042

CIGNA GROUP INSURANCE
and LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                             DEFENDANTS

## ORDER

    Before the Court is a Motion to Dismiss filed by Plaintiff.  ECF No. 11.  Plaintiff moves the Court to dismiss all claims against Separate Defendant Cigna Group Insurance.  Upon consideration, the Motion to Dismiss is **GRANTED**.  Plaintiff's claims against Separate Defendant Cigna Group Insurance are hereby **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED, this 30th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge