IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLENN DOSS                                                                                          PLAINTIFF

VS.                                    CASE NO. 15-CV-1042

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                        DEFENDANTS

### ORDER

Before the Court is a Motion to Dismiss filed by Plaintiff. ECF No. 19. The parties have entered into a settlement agreement that resolves all issues between them in this case. Upon consideration, the Court finds that Plaintiff's Motion to Dismiss should be and hereby is **GRANTED**. Accordingly, the above styled cause is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 3rd day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge